# Azam & Hertz LLP

ATTORNEYS AT LAW

74-09 37th Avenue, Suite 303
JACKSON HEIGHTS, NEW YORK 11372

TEL: (718) 672-8115
FAX: (718) 672-8117

KHALID M. AZAM, LL.M. (NYU)
GERALD M. HERTZ, LL.M. (NYU)

January 14, 2014

Deputy Clerk
US Courts of Appeal 2nd Circuit
40 Foley Square
New York, New York 10007

    RE:   ANWAR KHAN vs TORRES AES,
              INSURANCE CO. OF THE STATE OF PENN,
              US DEPT. OF LABOR
    Docket No: 13-3628

Dear Deputy Clerk:

    We are the attorneys for the Petitioner Anwar Khan in the above referenced matter. Pursuant to the Local Rules, we wish to advise the Court that we will be submitting our brief on or about February 11, 2014, which is within 91 days of the filing of the certified record. Thank you very much for your time and consideration.

    If you have any question, please contact our office.

                                        Very truly yours,

                                        KHALID M. AZAM
                                        AZAM & HERTZ, LLP

CC:
Brendan McKeon, Esq.
Flicker, Garelick & Associates, LLP
Attorneys For Respondents
Torres AES, and Insurance Company
of the State of Pennsylvania

Ms. Patricia Smith, Esq.
US Department of labor
Office of the Solicitor

Anwar Khan